People v Bouie (2024 NY Slip Op 02642)

People v Bouie

2024 NY Slip Op 02642

Decided on May 10, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on May 10, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, MONTOUR, GREENWOOD, AND NOWAK, JJ.

334 KA 22-00237

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,
v
DEVONTE BOUIE, DEFENDANT-APPELLANT. 

JULIE CIANCA, PUBLIC DEFENDER, ROCHESTER (JANE I. YOON OF COUNSEL), FOR DEFENDANT-APPELLANT. 
SANDRA DOORLEY, DISTRICT ATTORNEY, ROCHESTER (LISA GRAY OF COUNSEL), FOR RESPONDENT. 

 Appeal from a judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered May 19, 2021. The judgment convicted defendant, upon a guilty plea, of manslaughter in the first degree. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.
Memorandum: Defendant appeals from a judgment convicting him, upon a plea of guilty, of manslaughter in the first degree (Penal Law § 125.20 [1]). We agree with defendant that his waiver of the right to appeal is invalid. The written waiver used overbroad language that " 'mischaracterized the nature of the right[s] that defendant was being asked to cede, portraying the waiver as an absolute bar to defendant taking an appeal' " (People v Johnson, 192 AD3d 1494, 1495 [4th Dept 2021], lv denied 37 NY3d 965 [2021]; see People v Thomas, 34 NY3d 545, 565 [2019], cert denied — US &mdash, 140 S Ct 2634 [2020]; People v St. Denis, 207 AD3d 1084, 1084 [4th Dept 2022]), and the oral colloquy did not cure that defect (see Thomas, 34 NY3d at 566; People v Fernandez, 218 AD3d 1257, 1258 [4th Dept 2023], lv denied 40 NY3d 1012 [2023]; People v Rumph, 207 AD3d 1209, 1210 [4th Dept 2022], lv denied 39 NY3d 1075 [2023]). Nevertheless, we reject defendant's contention that his sentence is unduly harsh and severe.
Entered: May 10, 2024
Ann Dillon Flynn
Clerk of the Court